THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAUL SHAPIRO, Appellant.

Submitted November 15, 1954; decided December 2, 1954.

*Nathan Kestnbaum* for motion.

*Frank S. Hogan, District Attorney* (*Leonard E. Reisman* of counsel), for respondent.

Motion to have appeal heard upon the original record granted. Motion for enlargement of time granted and case set down for argument during the January, 1955, session of the Court of Appeals.